DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SETZER

No. 239P83.

Case below: 61 N.C. App. 500.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 7 July 1983.

STATE v. WARD

No. 261PA83.

Case below: 61 N.C. App. 747.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 22 June 1983 for the purpose of remanding the cause to the Court of Appeals for a determination of defendant's appeal on the merits.

STATE v. WARD

No. 233P83.

Case below: 61 N.C. App. 605.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983.

STATE v. WILLIS

No. 218P83.

Case below: 61 N.C. App. 244.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 July 1983.